

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Appellate case name:     William David Golden v. Janet Sue Golden

Appellate case number:   01-09-00735-CV

Trial court case number: 0867084

Trial court:             245th District Court of Harris County

Appellant filed a motion for an extension of time to file appellant's brief. Appellant, an inmate, has been confirmed indigent and the appellate record has been filed in this case. Appellant has requested that he be provided with a copy of the clerk's record.

The Clerk of this court is **ordered** to forward a copy of the clerk's record to appellant as soon as possible, but no later than 15 days from the date of this order.

In addition, appellant has filed a request for a supplemental clerk's record. The District Clerk has indicated that the supplemental record is being prepared. The District Clerk is **ordered** to prepare the supplemental clerk's record, file it with this court, and send a copy to appellant as soon as possible, but no later than 15 days from the date of this order.

The court **grants** appellant's motion to extend time. The court **orders** appellant to file his brief no later than **Friday, October 5, 2012.**

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court

Date: August 20, 2012